1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7

8    SANDRA L. KINNEY, *et al.*,              No. C-12-4477 EMC

9            Plaintiffs,                       **RELATED TO**

10       v.                                    No. C-12-4478 EMC
                                               No. C-12-4615 EMC
11   BRISTOL-MYERS SQUIBB COMPANY, *et*        No. C-12-4616 EMC
     *al.*,                                    No. C-12-4617 EMC
12                                             No. C-12-4619 EMC
             Defendants.                       No. C-12-4633 EMC
13   _____/         No. C-12-4641 EMC
                                               No. C-12-4642 EMC
14   AND ALL RELATED ACTIONS.                  No. C-12-4803 EMC

15   _____/         **ORDER RESCHEDULING HEARING**
16                                             **AND CASE MANAGEMENT**
                                               **CONFERENCE**
17
18
19          The above cases have all been related by this Court.  Currently pending in each case is a

20   motion to remand filed by Plaintiffs and a motion to stay filed by Bristol-Myers.

21          1.      Given the similarity in issues raised by the various motions, the Court deems it

22   prudent to hear all of the motions on the same date.[1]  Accordingly, the Court hereby vacates the

23   October 26, 2012 hearing date in Cases Nos. C-12-4477 EMC and C-12-4478 EMC.  The motions to

24   remand and stay in these two cases shall be heard instead on **November 30, 2012, at 1:30 p.m.**, *i.e.*,

25   the date on which the motions to remand and stay shall be heard in the remaining cases identified

26   above.

27
28   _____
            [1]  The briefing schedules, however, shall not be changed.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    2.    The case management conference for Case Nos. C-12-4477 EMC and C-12-4478

2    EMC shall remain on **November 30, 2012**, but shall be moved back from 9:00 a.m. to **1:30 p.m.**

3    3.    A case management conference for the remaining cases identified above shall also be

4    set for **November 30, 2012, at 1:30 p.m.**

5    4.    For each of the cases, a joint case management conference statement shall be filed by

6    November 23, 2012.  If possible, the Court would prefer one "omnibus" statement from the parties,

7    rather than having to read ten different statements for the ten different cases.  In the statement(s), the

8    parties should address how the litigation should proceed in light of Bristol-Myers's recently filed

9    motion to transfer and consolidate with the Judicial Panel on Multidistrict Litigation.  The parties

10   should also discuss, to the best of their knowledge, the length of time it is likely to take for the

11   Judicial Panel to rule on Bristol-Myers's motion.

12

13        IT IS SO ORDERED.

14

15   Dated:  October 16, 2012

16

17                                   _____
                                     EDWARD M. CHEN
18                                   United States District Judge

19

20

21

22

23

24

25

26

27

28