1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    SANDRA L. KINNEY, *et al.*,                    No. C-12-4477 EMC

9              Plaintiffs,                          **RELATED TO**

10        v.                                        No. C-12-4478 EMC
                                                    No. C-12-4615 EMC
11   BRISTOL-MYERS SQUIBB COMPANY, *et*             No. C-12-4616 EMC
     *al.*,                                         No. C-12-4617 EMC
12                                                  No. C-12-4619 EMC
              Defendants.                           No. C-12-4633 EMC
13   _____/              No. C-12-4641 EMC
                                                    No. C-12-4642 EMC
14   AND ALL RELATED ACTIONS.                       No. C-12-4803 EMC

15   _____/
                                                    **ORDER STAYING LITIGATION**
16                                                  **PENDING DECISION BY MDL**
                                                    **JUDICIAL PANEL**
17

18

19        At a hearing held on November 30, 2012, the Court discussed with the parties whether there

20   should be a stay in the above-referenced lawsuits in light of Bristol-Myers and Sanofi's motion to

21   transfer and consolidate with the Judicial Panel on Multidistrict Litigation (which was filed on

22   October 15, 2012).  *See* Docket No. 19 (notice).  Having considered the parties' positions, as

23   articulated in their joint case management statement and at the hearing, the Court concludes that a

24   stay is warranted.  There is a reasonable likelihood that issues currently before this Court (*e.g.*,

25   fraudulent joinder, CAFA jurisdiction, and/or procedural misjoinder) will arise in other Plavix cases

26   filed in other district courts.  Moreover, Plaintiffs have not adequately established that they would be

27   prejudiced by any delay resulting from a stay, particularly where the stay is likely to be brief in

28

**United States District Court**
For the Northern District of California

1    length. *See* Docket No. 24 (CMC St. at 4) (stating Defendants' best estimate that the panel hearing

2    will take place on January 31, 2013).

3         Accordingly, the Court hereby **STAYS** the litigation in each of the above-referenced actions

4    pending a decision by the MDL Judicial Panel on the motion to transfer and consolidate.

5

6         IT IS SO ORDERED.

7

8    Dated:  December 3, 2012

9

10                                                 _____
                                                   EDWARD M. CHEN

11                                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2